UNITED STATE DISTRICT COURT
THE DISTRICT OF COLUMBIA

**FILED**

JUL 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERNEST Colts #286-878
1901 E St. PETITIONER S.E.
Vs. W.D.C. 20003

U.S. PAROLE COMM., ET. AL
DEFENDANTS

Case: 1:07-cv-01363
Assigned To : Bates, John D.
Assign. Date : 7/27/2007
Description: HABEAS CORPUS

## WRIT OF HABEAS CORPUS

PETITIONER have concluded that as a matter of law, the United States District Court for the District of Columbia is the proper venue to challenge the Warden of CTF and the U.S. Parole Comm. in reference to blatant violations of his Constitional rights.

### STATEMENT OF FACTS

RECEIVED
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On Nov. 1, 2006 Petitioner was arrested and charged with simple assault. On Nov. 2, 2006 when Petitioner appeared in D.C. Superior Court for arrangement, he was informed that the case had been no papered. On 2-22-07 a warrant was issued by the U.S. Parole Comm., based on 3 law violations (please see Exhibit A). Petitioner was rearrested on 3-16-07 and signed his warrant on 3-21-07. Even though the Parole Comm. is required to hold a Probable Cause Hearing

1

within 5 days of Petitioner's arrest, he didn't receive his Probable Cause Hearing until nearly 60 days later. On 6-6-07 Petitioner was finally given a revocation hearing in front of Dr. Price. Even though the alledge victim (Ms Annie Brown) openly admitted at the revocation hearing that she have a problem with telling the truth, Dr. Price still found her testimony reliable, and as a result recommended that Petitioner be given a 16 month set off.

## "Arguement"

It has been long reconized by the courts all across the land that the U.S. Parole Commi. rules and regulation carry the same effect as law. When Petitioner's 1, 2 and 3 law violations was dismissed in Superior Court, the Parole Commi. was wrong to use the 3 law violations as the basis for violating his parole. According to 18 U.S.C. section 4207, where it states the following "by its own regulations, the Parole Commi. does not consider evidence of charges upon which the Petitioner was not guilty, unless there is new evidence that was not introduced at trial. (see 28 C.F.R. 2.19)

The U.S. Parole Comm. fail to follow it's own rules and regulations by not providing Petitioner with a Probable cause hearing within the proscribed 5 days, and a revocation hearing within the proscribed 60 days. This was an unexcusable act, and the U.S. Parole Comm. should be penalize for such a blatant violation of it's own rules and regulations.

"Relief Sought"

The Petitioner request that this Honorable Court immediately reinstate his Parole and order the U.S. Parole Comm. to reinstate the 3 years street time he lost as a result of the U.S. Parole Comm. actions.

Respectfully Submitted

Ernest Coles 286-878
1901 E St. S.E. (CTF)
Wash. D.C. 20003

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**

**WARRANT APPLICATION**
D.C. Code Offender

Name............................ **Colts, Ernest**

Reg. No.......................... **32042-007**
DCDC No. ..................... **286-878**
FBI No .......................... **707022DB0**
Birth Date ..................... **July 30, 1977**
Race .............................. **Black**

Date........................................ **February 22, 2007**
Termination of Supervision ..... **December 15, 2009**
Violation Date ......................... **August 27, 2006**
Released .................................. **December 16, 2004**

Sentence Length............ **3 years; 5 years supervised release**
Original Offense ........... **Armed Robbery; Assault with Intent to Rob**

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**

**Charge No. 1 - Law Violation. Assault.** On 8-27-06, the releasee punched the victim in the chest and upper body area multiple times with a closed fist. The victim was granted an Order for Civil Protection. The releasee was arrested by the Metropolitan Police Department for the above-cited offense on 10-12-06. This charge is based on the information contained in the violation report dated 11-6-06 from supervising officer Tiffany Wright and a police report dated 10-12-06. Status of Custody/Criminal Proceedings: There is no available information in PRISM regarding the charge.
**I ADMIT [   ] or DENY [   ] this charge.**

---

**Colts, Ernest**
**Reg. No. 32042-007    DCDC No. 286-878**

**Charge No. 2 - Law Violation. Assault.** On 10-9-06, the releasee struck the victim in the chest with a closed fist. He struck the victim a second time in the chest with a closed fist causing her to fall on the ground. Then he pulled the victim's hair causing her to fall on the ground, grabbed her by the neck and began choking her. The victim was granted an order for Civil Protection. The releasee was arrested by the Metropolitan Police Department for the above-cited offense on 10-12-06. This charge is based on the information contained in the violation report dated 11-6-06 from supervising officer Tiffany Wright and a police report dated 10-12-06. Status of Custody/Criminal Proceedings: There is no available information in PRISM regarding the charge.

**I ADMIT [  ] or DENY [  ] this charge.**

**Charge No. 3 - Law Violation. Violation of an Order for Civil Protection.** On 10-12-06, the releasee was arrested by the Metropolitan Police Department for the above-cited offense on. This charge is based on the information contained in the violation report dated 11-6-06 from supervising officer Tiffany Wright and a police report dated 10-12-06. Status of Custody/Criminal Proceedings: There is no available information in PRISM regarding the charge.

**I ADMIT [  ] or DENY [  ] this charge.**

**Probable Cause Hearing Is  Required**

Warrant Issued.................. **February 22, 2007**

**Warrant Recommended By:**

*Rhonda A. Shelton*

**Rhonda A. Shelton, Case Analyst**
**U.S. Parole Commission**

Community Supervision Office Requesting Warrant: **General Supervision Unit X-Team 21, 1230 Taylor Street**

Colts,  Ernest
Reg. No. 32042-007    DCDC No. 286-878

This document proves that there wasn't any evidence at all to support any of the law violation charges; Photos, medical reports or even a written injury report from the police officer to support the Allegations.

Also, this warrant application proves that the Parole Examiner based his decission on erroneous information.
The Petitioner was arrested November 1, 2006 not October 12, 2006.

Also this warrant application was the only information presented which resulted in the revoke of the Petitioners supervised release.



# Superior Court ot the District of Columbia

### CRIMINAL DIVISION

U S W No.: **040602319**

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| DEFENDANT'S NAME: BROWN, ANNIE LUV | | C C R: 06-060-857 | | PDID: 567206 |
|---|---|---|---|---|

| SEX: FEMALE | RACE: BLACK | D.O.B.: 08/11/1980 | HEIGHT: 507 | WEIGHT: 212 | EYES: BROWN | HAIR: BLACK | COMPLEXION: MEDIUM |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 609 HAMILTON ST NW, Washington, DISTRICT OF COLUMBIA | TELEPHONE NUMBER: (202) 248-4268 |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: DUPREE-LOPEZ, LINDA  8.14.64 | | |
|---|---|---|
| LOCATION OF OFFENSE: 418 MISSOURI AVE NW | DATE OF OFFENSE: 05/09/2006 | TIME OF OFFENSE: 21:30 |

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

The offense occurred on May 9, 2006 at 9:30 pm., inside of 418 Avenue NW, Apartment Number 203. The Complainant reported to police that the Defendant entered her apartment unit by force, and then attempted to assault the Complainant's guest.

Just prior to this offense, the Complainant was entertaining the Defendant's former boyfriend. The Defendant called the former boyfriend's cell phone, and the Complainant answered it. Startled, the Defendant began to insult the Complainant, and finished with, "I'm coming up there!", referring to the Complainant's apartment unit.

The Defendant and a friend were able to make entry into the apartment building. Residents directed the Defendant and her friend to the Complainant's apartment unit. The Defendant began to knock loudly on the Complainant's apartment door, yelling. Finally, the Defendant breached the apartment unit door by force with her shoulder, causing the door to splinter in several locations. The Defendant entered the apartment, and rushed to the bedroom, found the Complainant and the former boyfriend, and yelled, "Oh is this the bitch you're fucking?"

The Defendant began to charge at the Complainant and the former boyfriend. The Complainant stated that the Defendant began to attack the former boyfriend. It was unclear if the former boyfriend sustained any injury pursuant to the attack.

The Defendant, former boyfriend and the Defendant's friend walked from the scene.

The Complainant provided police with the Defendant's identifiers. Those identifiers were queried through the Columbo Criminal Intelligence System, and returned a match to Annie Luv Brown, with PDID Number 567206. The Complainant viewed a photo array, which contained the Defendant's PDID photo and eight other like-looking filler photos. Upon viewing the array, the Complainant stated, "...None of these look like her. Number 5 resembles her..." Photo Number Five was randomly positioned to the left of the Defendant's photo and was remarkably similar to the Defendant's photo.

On May 19, 2006, the Defendant voluntarily spoke with the Affiant on recorded video. After Waiving her Rights, the Defendant admitted to breaching the Complainant's door by force, causing property damage, and then attempting the above referenced assault.

The Affiant requests that a DISTRICT OF COLUMBIA SUPERIOR COURT ARREST WARRANT BE ISSUED FOR ANNIE LUV BROWN.

| | AFFIANT'S SIGNATURE: |
|---|---|
| **TO: WARRANT CLERK** PLEASE ISSUE A WARRANT FOR: BROWN, ANNIE LUV | X *Brenda* INV 3! |

Charge With: Misdemeanor DP (DU)

K. Amit 6/7/06

**ASSISTANT UNITED STATES ATTORNEY**

SUBSCRIBED AND SWORN TO BEFORE ME THIS

7th DAY OF June 20 06

R. Winter

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

Page 1 of 1 pages

This Document shows the aggressive behavior of Ms Brown the Alleged Victim.

This document was Presented to the Examiner

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**UNITED STATES OF AMERICA**
**DISTRICT OF COLUMBIA**

v.

ANNIE LUV BROWN

**PDID NO.** 567206

**Intake Date:** 6/26/06

**Lock Up No.** 51

**Criminal Case No.** 040602319

### RELEASE ORDER ADDENDUM

You, the defendant in this case, are being released from custody pending further court appearances in your case. You **MUST** obey the following conditions, which are being imposed **IN ADDITION** to any other conditions that the Court may impose pursuant to D.C. Code Section 23-1321. You **MUST** abide by these conditions until this case is disposed of or until they are changed by the Court.

[xx]  **YOU ARE TO STAY AWAY FROM THE PERSON(S) LISTED BELOW:**  Names and addresses (if applicable) of victims/witnesses:

ERNEST COATES AND LINDA LOPEZ-DUPREE

**YOU, THE DEFENDANT, ARE TO HAVE NO CONTACT WITH ANY OF THE PERSONS NAMED ABOVE BY ANY MEANS WHATSOEVER. THIS MEANS THAT YOU SHALL REMAIN AT LEAST 100 YARDS AWAY FROM THEM, THEIR HOME, AND/OR THEIR PLACE OF EMPLOYMENT, AND THAT YOU SHALL NOT COMMUNICATE OR EVEN ATTEMPT TO COMMUNICATE WITH ANY OF THESE PERSONS NAMED ABOVE, EITHER DIRECTLY OR THROUGH ANY OTHER PERSON (EXCEPT THROUGH YOUR LAWYER), BY TELEPHONE, WRITTEN MESSAGE, ELECTRONIC MESSAGE, PAGER, OR OTHERWISE.**

[xx]  **YOU ARE TO STAY AWAY FROM THE FOLLOWING PLACE(S) OR AREA(S):**

400 Block Missouri Ave. NW

[ ]  A check here means a map is attached          Area(s) Affected ____403____

[ ]  **YOU MUST ALSO OBSERVE THE FOLLOWING CONDITION(S):**

*ANY VIOLATION OF ANY OF THESE CONDITIONS, OR ANY OTHER CONDITION IMPOSED BY THE COURT, MAY RESULT IN IMMEDIATE NOTIFICATION BEING MADE TO THE COURT AND COULD RESULT IN YOUR PROSECUTION FOR CONTEMPT OF COURT, THE REVOCATION OF YOUR RELEASE PURSUANT TO D.C. CODE SECTION 23-1329, AND/OR YOUR DETENTION PENDING FINAL DISPOSITION OF THIS CASE.*

**DATE:** 6/26/06

**SO ORDERED:**

_Annie L. Brown_
Signature of Defendant

_[signature]_
Signature of Judicial Officer

WHITE - COURT JACKET          BLUE - DEFENDANT          YELLOW - DEFENSE COUNSEL
GREEN - PRETRIAL SERVICES AGENCY          BUFF - MPD          PINK - U.S. ATTORNEY

Case: 2006 DVM 081412

0002592602D
Dkt: STAYCRM

GJ-12
2001

This Document Proves that the Petitioner had a Stay away order against Ms. Brown which ordered her to stay at least 100 Feet away from the Petitioner and 100 Feet away from 418 missouri ave which is the place Ms Brown alleged ~~she~~ she was assaulted.

This document was Presented to the Examiner.

*If A's case D/P government will Dismiss one count S/A, waive papers waive stepback but reserve allocation.*

**Superior Court of the District of Columbia**
**Criminal Division**

United States
~~District of Columbia~~

vs.

Annie Brown

*Deferred Sentencing Agreement*

Criminal No. __2006 DVM 1412__

### WAIVER OF TRIAL BY JURY OR COURT
### UPON ENTRY OF GUILTY PLEA

**YOU ARE NOT REQUIRED TO PLEAD GUILTY.** If you do plead guilty, you will give up important rights, some of which are stated below.

**First,** you give up your constitutional right to a trial by jury or by the court. At a trial the Government would be required to present evidence to prove you are guilty beyond a reasonable doubt. You would have the right to cross-examine the government's witnesses and you could have witnesses come to court and testify for you. You also would have the right to testify if you wanted to; however, if you chose not to present testimony that decision could not be used against you. You could not be convicted at a jury trial unless all 12 jurors agreed that the government had proved your guilt beyond a reasonable doubt. You could not be convicted in a non-jury trial unless the court found that the government had proved your guilt beyond a reasonable doubt.

**Second,** you give up the right to appeal your conviction to the Court of Appeals. This is a right you would have if you were convicted following either a jury or non-jury trial. The right to appeal includes the right to have the Court of Appeals appoint a lawyer for you and pay for the lawyer's services to represent you in the Court of Appeals if you could not afford a lawyer.

**Third,** if you are not a citizen of the United States, your plea of guilty could result in your deportation, exclusion from admission to the United States, or denial of naturalization.

**Your signature on this form means that you wish to plead guilty and give up your right to a trial of any kind, and your right to appeal.** When your plea is accepted by the court, you will be convicted and the only matter left in this case will be for the court to sentence you.

I HAVE REVIEWED THIS FORM WITH MY LAWYER AND HAVE DECIDED TO PLEAD GUILTY IN THIS CASE. I HAVE DECIDED TO GIVE UP MY CONSTITUTIONAL RIGHT TO HAVE A TRIAL AND TO GIVE UP MY RIGHT TO APPEAL.

_____          _____
**Defendant**                                      **Attorney for Defendant**

_____          **APPROVED** this _____3-12_____ day of
**Assistant U.S. Attorney or**                          ___August___        ___2006___
**Assistant Attorney General**                          **(Date)**                **(Year)**

                                              _____
                                              **Judge**

U.S ~~Parole~~ Commission
~~5550~~ ~~Friendship~~ blvd
~~Chevy Chase MD~~ 20815

This Document shows
Ms Brown's need for retaliation
being the motive for false
Allegations. August 2006 Ms Brown
Plede guilty to S/A and D/P against the
Petitioner. August 27, 2006 Allegations
started being reported against the Petitioner.

This document was presented
to the Examiner.





THE
PUBLIC
DEFENDER
SERVICE
*for the District of Columbia*

# If you are you facing revocation of your parole or supervised release

# You should KNOW YOUR RIGHTS!

D.C. Code offenders released on parole or supervised release are supervised by the Court Services and Offender Supervision Agency (CSOSA) or the U.S. Probation Office and are expected to comply with certain conditions. If you are in custody facing revocation your supervision officer has probably contacted the U.S. Parole Commission specifying alleged failures to comply with your parole conditions. The Commission has the authority to issue a warrant, which is executed by the U.S. Marshal Service, thereby resulting in your confinement.

There are several steps in the revocation process, which are outlined in this document. Within five days after your arrest the Commission is required by law to conduct a probable cause hearing. § 2.101(a)[1]. You will be assigned an attorney from the D.C. Public Defender Service who will represent you at the probable cause hearing and throughout the revocation process.

## What Will Happen at the Probable Cause Hearing?

The probable cause hearing is generally held at the D.C. Jail within five days after your arrest. An examiner who represents the Commission will conduct the hearing. Your PDS attorney will give you a copy of the discovery documents forwarded from the Commission, which will include the warrant application (charging document), the report from your supervision officer and the alleged evidence to support the charges. You will be asked by your attorney to complete several forms prior to the hearing, including an appointment of counsel form, a notice of rights form and a release of information form.

The purpose of the probable cause hearing is to determine if there is sufficient probable cause to believe that you violated your conditions of parole, and if so, whether you

---

[1] The references are to the U.S. Parole Commission Rules and Procedures found at Title 28 C.F.R.

1

This document Proves that the Parole Commission is in violation of it's on Rules and Regulation Procedures.

*Notes from Dr. Price at Hearing*

## III. Review of Charges:

**Charge No. 1 - Law Violation. Assault.**

[ ] **ADMITS**        [X] **DENIES**

The Subject's Response:

_attorney Asiry says this same victim claimed to have been assaulted earlier. at the ✱ revocation hearing she Admitted she makes things up._

[X] **Probable Cause Found**. After considering the violation report dated 11-6-06, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

_____

_____

_____

_____

[ ] **No Probable Cause Found**

**Charge No. 2 - Law Violation. Assault.**

[ ] **ADMITS**        [X] **DENIES**

The Subject's Response:

_____

_____

_____

[ ] **Probable Cause Found**. After considering the violation report dated 11-6-06, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

_____

**Colts, Ernest**
**Reg. No. 32042-007    DCDC No. 286-878**

Pg 2.

This Document proves that the Examiner was fully aware that the Alleged Victim was unreliable.

This document was writen by the Examiner Dr. Price

There was no tangible Evidence to support any of the Allegations of the Alleged Victim. the only thing submited was the Warrant Application.

# D.C. PROBABLE CAUSE HEARING DIGEST

Name...........................: **Colts, Ernest**

Reg. No. .......................: **32042-007**

Type of Release ...........: **Supervised Release**

Full Term Date When Warrant Issued..: **December 15, 2009**

Date Warrant Executed.: **3-26-07** *( 3.21.05 )*

Hearing Date ........: **5-22-07**

Examiner...............: McLean

Supervision Officer: **Tiffany Wright**

## Attorney at Probable Cause Hearing:

[✓] PDS     [ ] Other     [ ] None

Name ___Asiner___

Address _____ (Bop)

Phone _____

## Attorney Representing Subject at Revocation Hearing:

[✓] PDS     [ ] Other     [ ] Unknown

Name ___Same   Mona Asiner___

Address ___PDS/Dc___

Phone _____

## I. Items Advised *[Check that the subject has been advised of the following two rights]:*

[✓] Advised of Right to a Probable Cause Hearing   [✓] Advised of Right to Attorney

## II. Reason For Not Conducting Probable Cause Hearing

*[If Probable Cause Hearing not conducted, indicate the reason]:*

[X] Postponed to Next Docket *[If so, provide reason for postponement and omit rest of form.]*

    [X] At Request of Attorney/Prisoner     [ ] Prisoner Unavailable

    [ ] Other Reason: ___Wants a witness (alleged victim)___

[ ] Combined Probable Cause/Revocation Scheduled *[If so, skip to VI, Revocation Hearing.]*

**Colts,  Ernest**
**Reg. No. 32042-007    DCDC No. 286-878**

Pg 1

This document shows
the date that the Petitioner
signed the Warrant Application, and
the date he recieved a probable Cause
hearing which was more than (5) five
days after and the Revocation
hearing was more than (65) Sixty Five
days after Petitioner signed the Warrant
Application.    June 6 2007 date
of Revocation hearing

Received
Mail Room

JUL 17 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

JUL - 2 2007

July 11, 2007 / 6:57 pm

Dear Clerk of the District Court,

My name is Ernest (Coates) Colts and I am resubmiting the attached Writ of Habeas Corpus with the proper corrections along with this letter and additional attachments supporting findings of misconduct.

Additional Attachments include:

1). (Civil Protection Order) C.P.O. Filed 10/11/06

2). Arrest Report dated - 11/1/06

## Arguments

On June 6, 2007 Dr. Price the Revocation Examiner charged me for law Violation #1 on the Warrant Application sheet and recommended me to serve a 16 month sentence and loose 3 years of my street time eventhough the charge was No-Papered in the Superior Court for lack of evidence and wasn't given a docket #. You would think the over all description of the alleged attacks described by Ms. Brown (the alleged victim) in the Warrant Application would reward a writen statement of visual signs of abuse from a reporting officer, yet there were no police reports, medical reports, photos, or any tangible evidence at all to support Ms. Browns claims. Not to mention prior to the allegations starting, Ms. Brown was going back and forth to court for assaulting me and destroying the property of my ex-girl-friend Linda Dupree. Not more than three (3) days prior to the date Ms. Brown was scheduled to appear in court where then she ~~enter~~ plead guilty to the charges is when the allegations began. (see plea agreement and warrant application). Those documents along with others were presented to the Examiner to show motive for retaliation and the relationship between time of her court appearance and the time that the allegations started. Likewise, during the Revocation Hearing Dr. Price made a writen note stating Ms. Browns admittance to making

Pg 1 of 3

up stories when she gets mad or upset. Based on those facts alone Ms. Brown's testimony should not have been credible ex·specially since there wasn't any evidence at all to substantiate her allegations which would be relevant and consistant to the reason the charge was thrown out of the Superior Court.

If you would turn your attention to the <u>arrest report</u> you'll see that on (November 1, 2006) I was arrested for only <u>one (1) count</u> of Simple Assault and that the alleged offence was dated (October 12, 2006), Yet the <u>Warrant Application</u> has <u>three (3) counts</u> of arrest violations with the first offence dated (August 27, 2006) and the arrest dated (October 12, 2006), Violation #2 has an offence dated for (October 9, 2006) and also dates the arrest (October 12, 2006).

Now if you would turn your attention to the (Civil Protection Order) C.P.O. that was <u>filed on (October 11, 2006)</u> you'll see that the information on it was partially <u>transferred to the Warrant Application</u> to create the three (3) law violations when in fact there <u>wasn't any information</u> regarding the actual charge I was arrested for which <u>is stated</u> on the Warrant Application Meaning that <u>none of the three (3) violations</u> could possibly be the charge I was arrested for because the C.P.O. was filed on (October 11, 2006) and the Arrest Report dates the alleged offence (October 12, 2006) Which raises the question of how could the Warrant Application be considered valid Probable Cause information for a Revocation Hearing if the information on it wasn't supported by the Arrest Report? Subsequently after having reviewed these facts which I have presented you with copies of. I conclude that not only were at least <u>three (3)</u> procedural rules violated by the Parole Commission which are stipulated in the (Writ of Habeas Corpus), but it is also determined that someone <u>intentionally manipulated</u> the <u>structure of</u> information in the C.P.O. to <u>appear as individual arrest offences</u>

R 20 ₃ ⟶

on the Warrant Application to ~~Falsely obtain~~ a warrant for my arrest. The ~~person or persons~~ responsible for ~~orchestrating~~ such a ~~heinous~~ ~~self-willed~~ act did so with the ~~intent~~ to ~~Jeopardize~~ ~~my release~~ and to ~~increase the possibilities~~ of my ~~incarceration~~ which they were indeed successful in doing, and ~~as a result of their actions~~ my parole was revoked.

At this time the only relief I seek is to have the wrong made right by being ~~fully reinstated~~ to parole and to have the three (3) years street time ~~credited back~~ to me that I lost as a result of the ~~Parole Commission's actions.~~

I faithfully submit this letter with it's attachments in hopes that any and all decissions be based accordingly to the evidence and facts presented in this case.

Thank you in advance for your admediate con-sideration to this matter.

Faithfully Yours,

Ernest Coates - 286-878

DV ED38

**METROPOLITAN POLICE DEPARTMENT**
Washington, D. C.

**ARREST/PROSECUTION REPORT**

P.D. 163 Rev. 5/2002                    G.O. 401.5

1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC NO. (ID ONLY)

2. ID NUMBER (ID ONLY) 458719

3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY)
Colts, Ernest

4. OID NUMBER

5. UNIT-ARREST NO.
040604243

6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest)
Coates, Ernest

7. DEA LAB NUMBER

8. Arresting Officer's Name
Potts, Derrick

| Rank | Badge # | Agency |
|------|---------|--------|
| OFC | 1302 | MPD |

9. TYPE OF RELEASE
☐ CITATION ☐ BOND
☐ COLLATERAL

12. COURT DATE
11/02/06

10. NICKNAME / ALIAS

11. PHONE NUMBER
202-726-5472

13. ADDRESS (Include Room / Apt. No. City & State if Outside D.C.)
► 516 Missouri Ave NW

14. TIME IN D.C.
life

15. ☐ CHILD ABUSE ☐ GANG ☐ HATE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE
SPECIAL INTELLIGENCE

16. SEX ► Male

17. RACE ► Black

18. BIRTHDATE ► 7/30/77

19. SOCIAL SECURITY NUMBER
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

20. NEED INTERPRETER ☐ YES ☒ NO

21. HEIGHT 5'7

22. WEIGHT 180

23. HAIR Blk

24. EYES Brn

25. COMPLEX Med

26. PERMIT NO/ST
579068929

27. BIRTHPLACE (City & State)
Washington DC

28. CO-DEFENDANTS: Number _____ (If more than 3, list on back)
NAME, ADDRESS, ZIP CODE AND PHONE NUMBER

29. IMPERSONATOR? ☐ M ☐ F ☒ NO

30. ETHNICITY
Afro-American

31. CAUTION
none

32. SCARS/MARKS/TATTOOS
Birth mark on lip

33. HAT none

34. JACKET none

35. PANTS Blk

36. COAT none

37. SHIRT Blk

38. SKIRT/DRESS none

39. WALES/NCIC CHECK
CHECK MADE BY (Name)
Det. Johnson

NCIC NUMBER
11385

WARRANT ON FILE (If Yes, enter Warrant Numbers)
Yes ☒ No ☐ 200CRW003218

LOCATION OF OFFENSE (Exact Address, include Room / Apt No.)
DC Superior Court (500 Indiana Ave NW)

LOCATION OF ARREST (Exact Address, include Room / Apt No.)
5200 Blk of Illinois Ave NW

DATE OF OFFENSE ► 10/12/06
TIME OF OFFENSE ► 1654 hrs
DATE OF ARREST ► 11/1/06
TIME OF ARREST ► 1600 hrs

ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY

ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY

| TE | TIME | LOCATION not advised |
|----|------|----------|

43. DEFENDANT ADVISED OF RIGHTS
OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A

BADGE NO.    UNIT

44. COMPLAINANTS / WITNESSES (If sworn member – Name, Rank, Badge No. and Unit)
ME – LAST, FIRST, M.I.
► Det. Johnson

ADDRESS – STREET, CITY, STATE, ZIP CODE
6001 Georgia Ave NW

MORE ☐ See Back

BIRTHDATE
on file

HOME PHONE NO.
on file

WORK PHONE NO.
on file

SPEC. OPS
ne

46. TACTICS
11 - Arrest Warrant

47. PREMISES
1 - Street

48. SCHOOL ZONE ☐
PUBLIC HOUSING ☐

**CHARGES**

| | NCI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA/BOND RECEIPT NO |
|---|------------------------|-----|-------------|------------------------|
| 1. Simple Assault (DV) | 2006CRW003218 | 129-195 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

50. PROPERTY RECOVERY / ITEMS OF EVIDENCE
ERTY BOOK/ PAGE NO.          CSES NO.

51. INITALS – DATE – UNIT OF PERSON TAKING PRINT

53. RIGHT THUMB PRINT

52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## DOMESTIC VIOLENCE UNIT



ANNIE L. BROWN,
609 Hamilton St NW
Washington. DC 20011
    **Petitioner,**

    v.

ERNEST COATES,
Unknown address
       **Respondent,**

CPO No: *06 CPO 3139*

## PETITION AND AFFIDAVIT FOR CIVIL PROTECTION ORDER

Pursuant to D.C. Code Section 16-1001 <u>et seq.</u>; Adult Petitioner respectfully requests that the court issue a 12-month Civil Protection Order against Respondent. In support of this request, Adult Petitioner states:

1. Respondent is related to Petitioner ☐ By Blood; ☐ Legal Custody; ☐ Marriage; ☒ Having a Child in Common; ☒ Now or Previously Having Shared the Same Residence; ☐ Romantic/Dating Relationship; ☐ Stalking; ☐ Section 16-1001(5)(c)

**If related by romantic/dating relationship:**
    Do you reside in the District of Columbia? ☐ Yes ☐ No
    Did any incident described below occur in the District of Columbia? ☒ Yes ☐ No

Petitioner and Respondent have been dating for 12 years. The parties have two children in common. Respondent vacate the Petitioner's residence in the beginning of August.

2. Respondent committed or threatened to commit an act punishable as a criminal offense against Petitioner within the meaning of D.C. Code Section 16-1001 <u>et seq.</u>, by: *(Please describe any such acts, including physical assaults like hitting, punching, shoving or kicking; threats to do harm, or destruction of property).*

**A. On or about October 9, 2006 at approximately 10:30 p.m.**
At Location:
5th and Long Fellow NW
Washington, DC

Petitioner was visiting a friend and found the Respondent in the building hallway. The Petitioner's friend told her to come back another day and the Respondent told her that it was too late for her to be outside. Petitioner walked away, but the Respondent forcefully grabbed her right arm and told her to walk outside the building. Petitioner told the Respondent that she did not want to be with him anymore. Respondent proceeded to

forcefully hit the Petitioner's chest with a close fist. Respondent hit the Petitioner's chest a second time, causing her to fall onto the ground. Petitioner told the parties' oldest son to call the police, however the Respondent grabbed him by the back of his jacket and forcefully slammed the front door of the building. Respondent grabbed and pulled the Petitioner's hair causing her to fall onto the ground a second time. While on the ground, the Respondent grabbed the Petitioner's neck and began to choke her. Respondent released the Petitioner and ordered her to say that she loved him. Every time the Petitioner tried to get up the ground, the Respondent would choke her and told her to shut up. Eventually, the Respondent released the Petitioner. Petitioner talked to a police officer that was passing by, but the Respondent was already gone by the time they came back to the building. (CCN# 139-006)

AB **B. On or about August 27, 2006 at approximately 11 p.m.**
A: Location:
       29 Hamilton St NW
   Washington, DC 20011

Respondent came to the Petitioner's residence and both parties began a verbal argument outside the residence. Respondent forcefully hit the Petitioner's chest with a close fist. When Petitioner told the Respondent that they needed to break up, the Respondent told her that it was not over yet. Respondent continued hitting the Petitioner's chest and upper body. When the Petitioner's mother heard the Petitioner screaming, she called the police. Respondent was already gone by the time the police arrived. (CCN# 129-195)

**Respondent has a history of violence.**

**Respondent abuses alcohol and uses marijuana.**

**Petitioner is in fear for her immediate safety.**

ON THE BASIS OF THESE ALLEGATIONS, PETITIONER REQUESTS AN ORDER INCLUDING THE FOLLOW-

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

G
07-1363
JDB

## I (a) PLAINTIFFS

Ernest Colts

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 286 - 878

## DEFENDANTS

U.S. Parole Commission

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01363
Assigned To : Bates, John D.
Assign. Date : 7/27/2007
Description: HABEAS CORPUS

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

O

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ **K.** *Labor/ERISA (non-employment)* | □ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

---

**V. ORIGIN**

☒ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint
**JURY DEMAND:** □ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES ☒ NO   If yes, please complete related case form.

**DATE** 7/27/07   **SIGNATURE OF ATTORNEY OF RECORD** RCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**

Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

**VI.** CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd