# UNITED STATES DISTRICT COURT

District of COLUMNBIA

**FILED**
JUL 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07 1363

I, _Ernest (Cootes) Colts_ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _C.C.A. Correctional Facility_
   Are you employed at the institution? _NO_  Do you receive any payment from the institution? _NO_
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   ✓ b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _8-15-06 / $856 / every two (2) weeks / Department of Public Works_

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments  ☐ Yes  ☒ No
   e. Gifts or inheritances  ☐ Yes  ☒ No
   f. Any other sources  ☐ Yes  ☒ No

**RECEIVED**
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   2-children  ) $100 a month
   names - E.B )
          M.B  )

I declare under penalty of perjury that the above information is true and correct.

July 11, 2007
Date

Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ United States Judge _____ Date | _____ United States Judge _____ Date 7/26/07 |

United States District Court
For The District of Columbia

Ernest Colts
          Petitioner
    Vs
U.S. Parole Comm, ET. AL.
          Defendant

Civil Case No. _____

## Petition To File Forma Pauperis

---

Petitioner state under the penalty that the following facts are true.

(1) Petitioner do not own a car
(2) Petitioner don't have a bank account
(3) Petitioner do not own a home or any other type of real estate.
(4) Petitioner is unemployed.

For the above stated reasons Petitioner prays that this Honorable Court will grant him the leave to file Forma Pauperis.

Respectfully Committed

Ernest Colts 286-878

Today's Date: 07/11/2007

# Inmate Account Summary Report
## Correctional Treatment Facility

Page 1 of 1

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| COLTS | ERNEST | | | 859942 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 05/12/2005 10:58 | Withdrawal | .00 | OT | 0.00 | 286878 COLTS, ERNEST | 0.00 | 0.00 | 602001-F51 | |

Authorizing Employee: CFIMS    Document Locator Number: Initial Bookin

| 05/12/2005 11:06 | Deposit | 77.69 | CS | 0.00 | DOC 08102823930,3941,3917,3952,39: | 77.69 | 0.00 | 602001-F51 | |

Authorizing Employee: CFIMS    Document Locator Number:

| 05/27/2005 14:03 | Withdrawal | -77.69 | RC | 0.00 | COLTS, ERNEST | 0.00 | 0.00 | 602001-F51 | |

Authorizing Employee: CFIMS    Document Locator Number: Cash

Total Withdrawals    -77.69
Total Deposits    77.69