Leave to file GRANTED

*/s/ John D. Bates 9/11/07*
John D. Bates
United States District Judge

07-1363

(September 5, 2006)

Dear Judge Bates/Clerk of the District Court,

Hello and how are you doing? My name is Ernest (Coates) Colts and I am respectfully writing you this letter to request that if you are pushing more to the side of denying me relief on The Writ of Habeas Corpus that I have filed against the (United States Parole Commission) U.S.P.C (Civil Action No. 07-1363) that I at least be allowed the chance to present my case in person before you make that finale decission if in fact your decission is to deny relief.

I have read the (U.S.P.C) Opposition Report at least three (3) times, and I have come to the conclussion that ("the Commissions") strategy in that report wasn't to show that they had sufficient evidence to violate my parole, or to prove that they weren't in violation of their procedural regulations. Their strategy was to paint an ugly picture of me detailed with erroneous, false, and unsupported information to sway you from seeing the untouched truth. The truth being that ("the Commission") <u>doesnot have</u> and <u>has not provided</u> a sufficient evidentiary basis to violate my parole, and that they were in fact in violation of their procedural regulations by an <u>excessive amount of time</u>...(<u>62 days</u> to be exact.)

The Commission stated in their report that there was 'no merit' to my contention that they did not have sufficient credible evidence to revoke my parole and that I havent shown prejudice

(pg 1 of 3)

towards the delay, which is not at all true. I have shown absolute prejudice towards their ~~conduct~~ misconduct as a whole by presenting the Courts with <u>more than a substantial amount</u> of legal evidentiary documentation to support my case, while on the other hand ("the Commission" <u>has not presented (one) piece</u> of sufficient evidence that they <u>claim to have so much of</u> in their report.

The (Warrant Application) and the testimony of Ms. Brown should not have been a "valid basis" for The Commission to revoke my parole based on the fact that the information on (W.A.) was transferred from a (Civil Protection Order) that was filed (October 11, 2006) and that none of the information on it was supported by an (Arrest Report) It should also be noted that the <u>Courts</u>, <u>CSOSA</u>, the <u>Examiner</u>, and <u>the Commission</u> acknowledged that there were <u>No police reports</u> found or evidenced to support that an actual assault took place or was reported by Ms. Brown in the entire month of August. In addition to that, it <u>should not be taken lightly</u> that the Examiner acknowledges Ms. Browns <u>admittance</u> of having a problem with <u>telling the truth</u>. That alone is probable cause to discredit her testimony, specifically since she and no one else has been able to furnish any police reports to support her claims.

In conclusion I would like to state ~~that~~ three things: 1) The only thing presented at the hearing by the Parole Commission was the <u>Warrant Application</u>, and that ——

Warrant Application <u>should not have been</u> valid because it was <u>transferred</u> from a (<u>C.D.O.</u>) that litterally <u>had no legal support</u> to account rather or not if the two stated offences actually happend or was even reported.

2). Ms Brown's testimony <u>should not have been</u> credible because one — <u>she admitted</u> earlier on at the "Hearing" that she <u>makes things up</u>, two — she <u>changed her story</u> in regards to law Violation #1 at least <u>twice</u>, and three — she presented <u>no evidence</u> at all to support any of her claims.

And finally last but not at all the least; you should have on your person a copy of an <u>Arres' Report</u> that clearly shows that I was arrested on <u>November 1, 2006</u> for (<u>one count</u>) of assault not three, or two. The offence date on that report is (<u>October 12, 2006</u>) and time (<u>16:54 hours</u>) 6 minutes to 5:00pm.

Sir with all due respect; that one piece of document discredits the whole Warrant Application along with Ms. Brown's testimony.

When all is said and done I am a believer that Missery loves Company; Just as I also believe that <u>Truth</u> stands on its own.

Thank you for your time and patience!

— Ext. — It also discredits the Commissions statement about having "sufficient evidence" to revoke my parole.

Respectfully Submitted,
Ernest Colts
32042-007