Civil Action No.
07-1363 (JDB)

*[signature]* 9/24/07
John D. Bates
United States District Judge

September 15, 2007

Dear Judge Bates,

Please forgive me for constantly sending you information about my case. I assure you that if I had an attorney to talk with and give the information to that I wouldn't be a bother to you at all. Please allow me to just touch on one more piece of document that is very important to my case which is the Warrant Application (W.A.) and I promise not to send you anything else.

If you would refer to your copy of the (Parole Commissions Opposition Report) and turn to Exhibit (G) where you would find the Warrant Application, you'll see that under each charge violation it states the following:
"<u>This charge is based on the information contained in the violation report dated (11-6-06) from supervising officer Tiffany Wright and a police report dated (10-12-06)</u>". That statement is a lie because there was never a police report, and the Commission and CSOSA noted that in <u>Exhibit (K) pg. 6</u> third paragraph bottom row.

Your honor the 3 charge violations on the (W.A.) <u>are not actual arrest offense</u> charges. They're <u>Just statements</u> that were <u>transferred</u> from a <u>Civil Protection Order</u> (C.P.O) that Ms Brown filed on (10-11-06) to cripple me →

Pg 1 of 3

from seeing my children because I told her that I only wanted to be envolved with them and not her. I was <u>never arrested for any of the three (3) charge violations</u> on the <u>Warrant Application</u> which would <u>undoutedly explain</u> the reason for why <u>there arent</u> any police reports, or any other kind of reports <u>to support</u> the charge violations. <u>CSOSA</u> was fully aware of the charge violations not being actual arrest offences. If you look up at the <u>very very top of the (C.P.O) left hand corner</u> you'll see that CSOSA had it faxed to them on (December 12, 2006). When CSOSA realized that they <u>didn't have any information regarding the arrest to warrant a warrant for a Revocation Hearing</u> they made a <u>clear</u> and <u>concious decision</u> to use the information from the (C.P.O) to appear as the arrest information on the Warrant Application which is why three (3) charge violations are on the application instead of one. The third charge violation states that I was arrested ~~I~~ on (10-12-06) for violating the C.P.O by commiting the first 2 charge violations which would be impossible given that the C.P.O. wasn't filed until (10-11-06). <u>CSOSA made up the third charge violation <s>themselves</s></u>.

Your honor if you take away the (C.P.O) which the Warrant Application was made from, what basis would the Parole Commission

have to violate my parole? —
Personally I believe that it was an unlawful act of CSOSA to transfer information from a Civil Protection Order to a Warrant Application to support an unrelated incident, to obtain a warrant for my arrest. Ultimately if CSOSA had never done such a thing the Parole Commission would have not had the chance, or opportunity to violate me or my Rights.

I conclude this letter by stating that if CSOSA was bold enough to make up false arrest offences to obtain a warrant for my arrest, why is it so hard to believe that Ms. Brown acted in the same way. It should be noted that I have provided the courts with a substantial amount of legal documentation as evidence to support all the claims that I have made through out these proceedings. Pleas refer to your copy of the (Civil Protection Order) to compare with the Warrant Application and you'll see that the word patterns are the same.

Your honor I thank you once again for allowing me this opportunity. I wish you Peace & Blessings.

Faithfully Submitted,

Ernest (Coates) Colts

32042-007

Civil Action no.
07-1363 (JDB)

Pg 3 of 3