UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST COLTS,<br><br>　　Petitioner,<br><br>　　v.<br><br>U.S. PAROLE COMMISSION,<br><br>　　Respondent. | Civil Action No. 07-1363 (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the order to show cause [#3] is DISCHARGED, and it is further

ORDERED that the petition for a writ of habeas corpus [#1] is DENIED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  January 9, 2008