

march 26, 2008

RECEIVED
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
of the District of Columbia

| | |
|---|---|
| Ernest Colts | Case No. 07-1363 (JDB) |
| Petitioner, | Movants Supplemental |
| v. | Addendum In Re |
| U.S. Parole Comm. | Motion for Reconsideration Filed |
| Respondent. | February 22, 2008 |

Now comes the petitioner in Pro-Se capacity and respectfully supplements a Motion for Reconsideration as follows:

I. Supplemented Argument
II. Conclusion

Document                    1
                       Authorized

# I. Supplemented Argument

The Parole Commission violated the petitioner charging him with Law Violation #1 on the Warrant Application sheet which describes an assault stated to have occurred on (August 27, 2006). On the Warrant Application [CSOSA] states that all the charge violations against the petitioner were based on a police report dated (October 12, 2006), however (CSOSA) withdrew their claim when contacted by the revocation examiner regarding the whereabouts of the report, stating that no such report was completed or existed in their records relating to the charge violations on the application, particularly the (August 2006) charge violation. (see Executive Reviewer's comments)

The petitioner presented the Courts with a copy of a Civil Protection Order dated October 11, 2006 exhibiting two claims that are identical to two of the three law violations on the Warrant Application for the purpose of demonstrating where the Commission had actually obtained their information from and to show that none of the information on the affidavit was consistant to the time, date and location of offence on the Arrest Report (compare C.P.O and arrest report).

pg 1 of 4

If the Court would observe the upper left hand corner of the Affidavit you would see that (CSOSA) had a copy of the document faxed to them on (December 12, 2006) which supports the petitioner's assertion that the Commission used false, unrelated information to obtain his costudy. Being that the petitioner's charge was thrown out of the Superior Court without being given a docket No. and the fact that there was no information in the Public Reviewing Information System (P.R.I.S.M) regarding the charge and the Commission did not have a police report to support their Warrant Application, and the Arrest Report which was in evidence did not correspond with any of the dates, times, or locations of the allegations on the Civil Protection Order, and the fact that Ms. Brown was not even identified on the Arrest Report as being the complaintant... how could the Commission (CSOSA) make the determination that Ms. Brown and all the information on the Civil Protection Order that was filed (October 11, 2006) was in relationship to the petitioner's arrest on (November 1, 2006) given the overwhelming inconsistancies when the Arrest Report and Affidavit are compared to eachother?

Pg. 2 of 4

Moreover, Ms. Brown testified during the revocation hearing that she reported her false claims to the authorities on the same day that which she claimed she was supposedly assaulted. (see C.P.O. and hearing summary)

Meaning that if Ms. Brown had been the actual person whom filed a complaint against the petitioner — the **date of offence** on the Arrest Report would have been (August 27, 2006) which would be consistant to the date on the Civil Protection Order, not October 12, 2006.

August 27, 2006, the date Ms. Brown claimed to had been assaulted is the date Ms. Brown stated she reported her claim to the authorities which is clearly specified in the Civil Protection Order by her aswell.

pg. 3 of 4

## II. Conclusion

The Parole Commission committed an unconstitutional act against the petitioner by submitting false unrelated information to obtain his custody and making false claims as to where they obtained the information from. (see warrant application and the executive Reviewers Comment) As a result of their misconduct they have also violated due process by not conducting his revocation hearing based on true and accurate information and because the Warrant Application was made up of false information which was not related to his arrest on November 1, 2006, the Warrant Application becomes invalid therefore making his confinement unlawful.

Where by, it is prayed that the Honorable Court grant the petitioner's Application and Motion for Reconsideration.

Respectfully Submitted
by.
Ernest(Coates)Colts
32042-007

PG. 4 of 4

March 26, 2008

Dear Ms. Whittington/Clerk of the District Court,

Hello and how are you doing? My name is Ernest (Coates) Colts and I am writing you this letter to ask if you should ever get the time if you could please send me a copy of the attached Supplemented Motion dated the 26.07 March 2008 because at the time, I do not have access to a copier machine?

I sincerely appreciate you and all the time and patience you have put into filing the Motions I've been sending you since July, 27, 2007.

I sincerely ment it when I told you a while back that your worth is priceless and that your hard work is deeply appreciated.

I say this representing myself and everyone else who hasn't taken the time to say Thank You!

Peace & Blessings            Sincerely,
&
Happy Easter                 [signature]